UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           CASE NO. 09-CR-193

DEVONTE M. WILLIAMS,

        Defendant.

## ORDER

The court has received a recommendation from Magistrate Judge Aaron E. Goodstein denying the defendant Devonte Williams' (Williams) motion to suppress certain evidence.

The court has read the recommendation and agrees with it. Therefore,

**IT IS HEREBY ORDERED** that Williams' motion to suppress evidence is **denied**.

Dated this 25th day of November 2009.

        So Ordered.

        *s/ Rudolph T. Randa*
        RUDOLPH T. RANDA
        U.S. District Judge